1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   BRIAN GOLLIHAR,                          CASE NO. CV F 11-1696 LJO DLB

10                  Plaintiff,               **ORDER AFTER SETTLEMENT**
              vs.                            (Doc. 8.)
11
    YUM! BRANDS LONG TERM
12  DISABILITY AND HEALTHCARE
    PROGRAM, et al.,
13
                    Defendants.
14  _____/

15          Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's

16  Local Rule 160, this Court ORDERS plaintiff, **no later than March 7, 2012,** to file appropriate papers

17  to dismiss or conclude this action in its entirety, or to show good cause why the action has not been

18  dismissed.

19          This Court VACATES all pending dates and matters, including the January 24, 2012 scheduling

20  conference.

21          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

22  parties who contributed to violation of this order.  *See* Local Rules160 and 272.

23

24  IT IS SO ORDERED.

25  **Dated:    January 18, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE
26

27

28