# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GOLLIHAR,<br><br>          Plaintiff,<br><br>     vs.<br><br>YUM! BRANDS LONG TERM<br>DISABILITY AND HEALTHCARE<br>PROGRAM, et al.,<br><br>          Defendants.<br>                                             / | CASE NO. CV F 11-1696 LJO DLB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS<br>SHOULD NOT BE IMPOSED FOR FAILURE TO<br>OBEY ORDER<br>(Docs. 9, 10.) |

This Court's January 18, 2012 order required plaintiff, no later than March 7, 2012, to file papers to dismiss this action or to show good chase why this action has not been dismissed. The March 5, 2012 declaration of plaintiff's counsel indicates that defense counsel has unreasonably delayed to complete settlement. As such, there is no good cause for failure to dismiss this action and to comply with the January 18, 2012 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than March 14, 2012, to file papers to show cause why sanctions, including entry of default against defendants or monetary sanctions, should not be imposed for failure to comply with the January 18, 2012 order. This order to show cause will be discharged if, no later than March 14, 2012, plaintiff files papers to dismiss this action in its entirety. In the absence of good cause, this Court DENIES plaintiff's request for a 30-day extension to dismiss this action.

1    This Court ORDERS plaintiff to serve a copy of this order on defense counsel.  This Court
2 ADMONISHES the parties and counsel that they are required to observe and comply with the Federal
3 Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this
4 Court deems appropriate.

6 IT IS SO ORDERED.

7 **Dated:   March 6, 2012**                               /s/ Lawrence J. O'Neill
                                                                                   UNITED STATES DISTRICT JUDGE