1  **ROBERT J. ROSATI** #112006
   e-mail: robert@ erisalg.com
2  **THORNTON DAVIDSON** #166487
   e-mail:thornton@erisalg.com
3  ERISA Law Group, LLP
   2055 San Joaquin Street
4  Fresno, CA 93721
   Telephone:(559)256-9800
5  Telefax:(559)256-9795

6  Attorneys for Plaintiff,
   BRIAN GOLLIHAR

7

8  **MARIA C. ROBERTS #137907**
   email: mroberts@stokesroberts.com
9  **RONALD R. GIUSSO #184483**
   email: rgiusso@stokesroberts.com
10 Stokes Roberts & Wagner
   600 West Broadway, Suite 1150
11 San Diego, California  92101
   Telephone: (619) 232-4261
12 Telefax: (619) 232-4840

13 Attorneys for Defendants,
   YUM! BRANDS LONG TERM DISABILITY
14 AND HEALTHCARE PROGRAM; YUM! BRANDS, INC.,

15
                    UNITED STATES DISTRICT COURT FOR
16
                       EASTERN DISTRICT OF CALIFORNIA
17
                                FRESNO DIVISION
18
   BRIAN GOLLIHAR,                          Case No.: 1:11-CV-01696-LJO -DLB
19
                  Plaintiff,                **STIPULATION TO DISMISS**
20
   v.
21
   YUM! BRANDS LONG TERM DISABILITY
22 AND HEALTHCARE PROGRAM; YUM!
   BRANDS, INC.,
23
                  Defendants.
24 _____

25     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

26 for plaintiff and defendants that the actions filed by the parties in this matter be dismissed in their

27 entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

28

**STIPULATION TO DISMISS**

-1-

| | |
|---|---|
| | ERISA LAW GROUP, LLP |
| Dated: May 14, 2012 | */s/ Robert J. Rosati* <br> ROBERT J. ROSATI, NO. 112006 <br> 2055 San Joaquin Street <br> Fresno, California 93721 <br> Telephone: 559-256-9800 <br> Telefax: 559-256-9795 <br> robert@erisalg.com |
| | Attorneys for Plaintiff, <br> BRIAN GOLLIHAR |
| | STOKES, ROBERTS & WAGNER |
| Dated: May 14, 2012 | */s/ Ronald Giusso* <br> RONALD GIUSSO , NO. 184483 <br> email: rgiusso@stokesroberts.com <br> Stokes Roberts & Wagner <br> 600 West Broadway, Suite 1150 <br> San Diego, California  92101 <br> Telephone: (619) 232-4261 <br> Telefax: (619) 232-4840 |
| | Attorneys for Defendants, <br> YUM! BRANDS LONG TERM DISABILITY AND HEALTHCARE PROGRAM; YUM! BRANDS, INC. |

**ORDER**

Based on the parties' stipulation, this Court DISMISSES this entire action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 15, 2012**               /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS**