1 | **ROBERT J. ROSATI** #112006
    e-mail: robert@erisalg.com
2 | **THORNTON DAVIDSON** #166487
    e-mail:thornton@erisalg.com
3 | ERISA Law Group, LLP
    2055 San Joaquin Street
4 | Fresno, CA 93721
    Telephone:(559)256-9800
5 | Telefax:(559)256-9795

6 | Attorneys for Plaintiff,
    BRIAN GOLLIHAR

8 | **MARIA C. ROBERTS #137907**
    email: mroberts@stokesroberts.com
9 | **RONALD R. GIUSSO #184483**
    email: rgiusso@stokesroberts.com
10 | Stokes Roberts & Wagner
     600 West Broadway, Suite 1150
11 | San Diego, California 92101
     Telephone: (619) 232-4261
12 | Telefax: (619) 232-4840

13 | Attorneys for Defendants,
     YUM! BRANDS LONG TERM DISABILITY
14 | AND HEALTHCARE PROGRAM; YUM! BRANDS, INC.,

UNITED STATES DISTRICT COURT FOR

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIAN GOLLIHAR, | Case No.: 1:11-CV-01696-LJO-DLB |
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | |
| YUM! BRANDS LONG TERM DISABILITY AND HEALTHCARE PROGRAM; YUM! BRANDS, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendants that the actions filed by the parties in this matter be dismissed in their entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a), each Party to bear its own fees and costs.

ERISA LAW GROUP, LLP

Dated: May 14, 2012

*/s/ Robert J. Rosati*
ROBERT J. ROSATI, NO. 112006
2055 San Joaquin Street
Fresno, California 93721
Telephone: 559-256-9800
Telefax: 559-256-9795
robert@erisalg.com

Attorneys for Plaintiff,
BRIAN GOLLIHAR


STOKES, ROBERTS & WAGNER

Dated: May 14, 2012

*/s/ Ronald Giusso*
RONALD GIUSSO , NO. 184483
email: rgiusso@stokesroberts.com
Stokes Roberts & Wagner
600 West Broadway, Suite 1150
San Diego, California 92101
Telephone: (619) 232-4261
Telefax: (619) 232-4840

Attorneys for Defendants,
YUM! BRANDS LONG TERM DISABILITY AND
HEALTHCARE PROGRAM; YUM! BRANDS, INC.

**ORDER**

Based on the parties' stipulation, this Court DISMISSES this entire action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 15, 2012**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS**

-2-